# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HILMAR CHEESE COMPANY, INC.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:14-cv-01078-SKO<br><br>**ORDER RESETTING NON-EXPERT AND EXPERT DISCOVERY DEADLINES AND NON-DISPOSITIVE MOTION DEADLINES** |

**ORDER**

To accommodate the parties' ongoing settlement negotiations, IT IS HEREBY ORDERED that the dates for pretrial matters be reset as follows:

　　1)　The Non-Expert Discovery Deadline is reset for September 29, 2015;

　　2)　The Expert Discovery Deadline is reset for January 8, 2016;

　　3)　The Non-Dispositive Motion Filing Deadline is reset for January 13, 2016; and

　　4)　The Non-Dispositive Motion Hearing Date is reset for February 10, 2016.

The remaining dates shall remain as previously set.

IT IS SO ORDERED.

　　Dated:   **July 17, 2015**　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE