REHWALD GLASNER & CHALEFF, APC
William Rehwald (SBN 51396)
Lawrence M. Glasner (SBN 142677)
Daniel R. Chaleff (SBN 173028)
Kevin Rehwald (SBN 255334)
Lauren Peterson (SBN 290949)
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, California 91367
Telephone: (818)703-7500
Facsimile: (818) 703-7498

Attorneys for Plaintiff
CHARLES ARMSTRONG

SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
*mburns@seyfarth.com*
Geoffrey C. Westbrook (SBN 281961)
*gwestbrook@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
HILMAR CHEESE COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT-FRESNO DIVISION**

| | |
|---|---|
| CHARLES ARMSTRONG, an Individual, | Case No. 1:14-cv-01078-LJO-SKO |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| HILMAR CHEESE COMPANY, INC., a California corporation, DOES 1 through 10, Inclusive, | |
| Defendants. | |

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate by and between counsel for Plaintiff and Defendant, that the above-entitled case be dismissed with prejudice and without costs.

DATED:  September 8, 2015　　　　　　　REHWALD GLASNER & CHALEFF, APC


　　　　　　　　　　　　　　　　　　　By   /s/ Kevin Rehwald
　　　　　　　　　　　　　　　　　　　　　　William Rehwald
　　　　　　　　　　　　　　　　　　　　　　Lawrence M. Glasner
　　　　　　　　　　　　　　　　　　　　　　Daniel R. Chaleff
　　　　　　　　　　　　　　　　　　　　　　Kevin Rehwald
　　　　　　　　　　　　　　　　　　　　　　Lauren Peterson

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　CHARLES ARMSTRONG


DATED:  September 8, 2015　　　　　　　SEYFARTH SHAW LLP


　　　　　　　　　　　　　　　　　　　By   /s/ Geoffrey C. Westbrook
　　　　　　　　　　　　　　　　　　　　　　Michael J. Burns
　　　　　　　　　　　　　　　　　　　　　　Geoffrey C. Westbrook
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　HILMAR CHEESE COMPANY, INC.

**ORDER**


IT IS SO ORDERED.

Dated:   **September 8, 2015**　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE